**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CHARLES L. WALKER<br>    Petitioner, | Civil No. 06-CV-634 (JRT/SRN) |
| v. | ORDER ADOPTING REPORT<br>AND RECOMMENDATION |
| R.L. MORRISON, Warden<br>    Respondent. | |

_____

Charles L. Walker, 53668-060, FPC Duluth, 175 P.O. Box 1000, Duluth, MN 55814, petitioner *pro se*.

Lisa D. Kirkpatrick, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated June 23, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED that:**

1. Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. §§ 2241 (Doc. No. 1) is **GRANTED**, in part, to the extent it seeks BOP reconsideration of the date on which he should be assigned to a CCC without regard to 28 C.F.R. §§ 570.20 and 570.21; and **DENIED**, in part, to the extent that it seeks immediate transfer to a CCC; and

    2.    Petitioner's Motion for Mandamus & Injunction (Doc. No. 2) is **DENIED AS MOOT.**

DATED:  July 24, 2006  
at Minneapolis, Minnesota.                                __s/John R. Tunheim_____  
                                                          JOHN R. TUNHEIM  
                                             United States District Judge